```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                     Criminal No. 07-170 (PAM/JSM)


UNITED STATES OF AMERICA,   )
                            )
           PLAINTIFF,       )
     v.                     )     PRELIMINARY ORDER
                            )     OF FORFEITURE
THOMAS EDWARD OLSON,        )
                            )
           DEFENDANT.       )
```

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Thomas Edward Olson; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and on the Court's determination that, based on the Plea Agreement entered into by the defendant and based on all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the defendant has pled guilty,

IT IS HEREBY ORDERED that:

1.   the following property is forfeited to the United States pursuant to 18 U.S.C. § 2253(a):

   a.   Compaq Presario Computer Tower, Model 5304, serial number 2H97CRT2V33W; and

  b. any and all visual depictions described in sections 2251, 2251A, 2252 and 2252A of Chapter 110, and any and other matter which contains any such visual depictions;

 2. the Attorney General or his authorized designee may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

 3.  the United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by Title 18, United States Code, Section 2253(b), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

 4.  pursuant   to   Fed.R.Crim.P.   32.2(b)(3),   this Preliminary Order of Forfeiture shall be made a part of the defendant's sentence and included in the judgment;

 5.  following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or

transferee; and

    6.   the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).


Dated: February 27, 2008    s/Paul A. Magnuson
                                    PAUL A. MAGNUSON, Judge
                                    United States District Court